UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN MARTIN NERI VEGA<br><br>            Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | NO:  13-CV- 0038-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO NORTHERN DISTRICT OF FLORIDA |

   BEFORE THE COURT is Petitioner's "Objection to Magistrates Recommendation and Order" (ECF No. 10).  Magistrate Judge Hutton filed a Report and Recommendation on February 25, 2013, recommending that Mr. Neri Vaga's habeas petition be transferred to the Northern District of Florida (ECF No. 8).  Petitioner is incarcerated at the FCI Marianna in Florida.  He filed his petition pursuant to 28 U.S.C. § 2241 and paid the $5.00 filing fee.  He insisted that § 2255 was an ineffective and inadequate vehicle for relief of his federal criminal conviction arising in Arizona.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO NORTHERN DISTRICT OF FLORIDA -- 1

The Court has reviewed the Report and Recommendation and Petitioner's Objections and is fully informed in this matter.  Mr. Neri Vega asserts that (1) he never agreed to the involvement of a Magistrate Judge in this matter; and (2) contrary to the Magistrate Judge's conclusion, this Court does have personal jurisdiction over his custodian.  *See* ECF No. 10.  The Court disagrees with Petitioner's assertions regarding personal jurisdiction for the reasons articulated by the Magistrate Judge.  The fact that Petitioner never consented to the Magistrate Judge's involvement in this case is irrelevant, as it is this Court, rather than the Magistrate Judge, which has ultimate jurisdiction over the case.  For the reasons set forth by the Magistrate Judge, **IT IS ORDERED** the Report and Recommendation (ECF No. 8), is **ADOPTED in its entirety.**

**IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631.

//

//

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO NORTHERN DISTRICT OF FLORIDA -- 2

Case 2:13-cv-00038-JPH    Document 11    Filed 04/17/13

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, and forward a copy to Petitioner. The District Court Executive is further directed to forward this file with a copy of this Order to the Clerk of the United States District Court for the Northern District of Florida and close the file in this district.

**DATED** April 16, 2013.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO NORTHERN DISTRICT OF FLORIDA -- 3